# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at Register for eFiling.

THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO. __16-1183__ as

[✓] Retained  [ ] Court-appointed(CJA)  [ ] Court-assigned(non-CJA)  [ ] Federal Defender  [ ] Pro Bono  [ ] Government

COUNSEL FOR: __John T. Cady__

_____ as the
(party name)

[✓] appellant(s)  [ ] appellee(s)  [ ] petitioner(s)  [ ] respondent(s)  [ ] amicus curiae  [ ] intervenor(s)  [ ] movant(s)

__s/ Matthew J. Chalker__
(signature)

__Matthew J. Chalker__         __(410) 451-1777__
Name (printed or typed)        Voice Phone

__The Valente Law Group__      __(443) 292-4614__
Firm Name (if applicable)      Fax Number

__2200 Defense Highway, Suite 304__

__Crofton, Maryland 21114__    __mchalker@jpvlawgroup.com__
Address                        E-mail address (print or type)

## CERTIFICATE OF SERVICE

I certify that on __SEE ATTACHED__ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

| SEE ATTACHED CERTIFICATE OF SERVICE | SEE ATTACHED CERTIFICATE OF SERVICE |
|---|---|
| | |

__SEE ATTACHED__              __SEE ATTACHED__
Signature                     Date

01/19/2016 SCC

## CERTIFICATE OF SERVICE

I certify that on ___ March 3, 2016 ___ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

Barry C. Goldstein, Esquire
Saamia H. Dasti, Esquire
WARANCH AND BROWN
1301 York Road, Suite 300
Lutherville, Maryland 21093
*Counsel for Defendant EMC*

Marisa A. Trasatti, Esquire
Colleen K. O'Brien, Esquire
SEMMES, BOWEN & SEMMES
25 S. Charles Street, Suite 1400
Baltimore, Maryland 21201
*Counsel for Defendant Ride Away Handicap Equipment Corp.*

Frank J. Ciano, Esquire
Ian C. Lindars, Esquire
GOLDBERG SEGALLA, LLP
11 Martine Avenut, Suite 750
White Plains, New York 10606
*Counsel for Defendant Ride Away Handicap Equipment Corp.*

Saleel V. Sabnis, Esquire
GOLDBERG SEGALLA, LLP
1700 Market Street, Suite 1418
Philadelphia, Pennsylvania 19103
*Counsel for Defendant Ride Away Handicap Equipment Corp.*

s/ Matthew J. Chalker                         March 3, 2016
Matthew J. Chalker                            Date