# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

| | |
|---|---|
| JOHN CADY | * |
| Appellant | * |
| v. | |
| | *   Case No. 16-1183 |
| RIDE-AWAY HANDICAP EQUIPMENT, et al. | * |
| Appellees | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT MOTION TO MODIFY BRIEFING SCHEDULE

Appellant, John Cady, by and through Matthew J. Chalker and The Valente Law Group, hereby moves, with the consent of Appellees, to modify the briefing schedule in this Appeal, and states as follows:

1. On April 18, 2016, a Briefing Order was issued by this Court in the above-captioned Appeal. Under that Briefing Order, the Appendix and Appellant's Opening Brief are due on May 31, 2016, and Appellee's Response Brief is due on June 20, 2016. A reply brief is permitted within 14 of service of service of the response brief.

2. For personal and professional scheduling reasons, and with the consent of all parties to this Appeal, Appellant's counsel requests that the briefing schedule be modified to extend the deadline for Appellant to file the Appendix and Opening Brief until June 10, 2016. Appellant further requests that a corresponding extension

be provided to Appellees to extend the deadline for Appellee's Response Brief until July 11, 2016.

3. Counsel for all parties to this Appeal have been informed of the intended filing of this Motion and consent to the granting of this Motion. This request was made in good faith and for good cause, and will not prejudice any party.

WHEREFORE, Appellant requests this Honorable Court grant his Consent Motion to Modify Briefing Schedule and extend the deadline for the filing of the Appendix and Appellant's Opening Brief to June 10, 2016, and extend the deadline for Appellees to file Response Briefs to July 11, 2016.

Respectfully Submitted,

*s/ Matthew J. Chalker*
Matthew J. Chalker
The Valente Law Group
2200 Defense Highway, Suite 304
Crofton, MD 21401
(443) 333-4044
*Counsel for Appellant, John Cady*

2

# CERTIFICATE OF SERVICE

I certify that on ___May 27, 2016___ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

Saamia H. Dasti, Esquire
WARANCH AND BROWN
1301 York Road, Suite 300
Lutherville, Maryland 21093
*Counsel for Defendant EMC*

David G. Harris, Esq.
GOLDBERG SEGALLA, LLP
800 Green Valley Road, Suite 302
Greensboro, NC 27408

Brian T. Stapleton, Esq.
GOLDBERG SEGALLA, LLP
11 Martine Avenue, Suite 750
White Plains, NY 10606-1934

        s/ Matthew J. Chalker
        Matthew J. Chalker